UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EDUARDO SANTOS, et al.

v. C.A. No. 23-cv-00221-WES-PAS

CITY OF PROVIDENCE, et al.

**STATUS REPORT**

Per order of this Honorable Court, Plaintiff hereby files this status report and states as follows:

The parties have conferred and some movement has been made toward resolution.

As a result of the good faith efforts of the parties, they now jointly believe that:

1. A brief remote or chambers conference with the Court to discuss formal ADR and the Court's mediation process would be beneficial.
2. A continued stay of sixty days would assist the parties in resolving the matter.

PLAINTIFFS,
By their Attorney,

*/s/ Sonja L. Deyoe*___________

Sonja L. Deyoe, Esq. (#6301)
Law Offices of Sonja L. Deyoe
395 Smith Street
Providence, RI 02908
401-864-5877
401-648-6738 – Fax
sld@the-straight-shooter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September 2026, I have served a true copy of the within document upon all counsel of record via regular and electronic mail.

Michael J. Colucci, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886
mjc@olenn-penza.com

Michael F. Campopiano, Esq.
21 Douglas Avenue
Providence, RI 02908
mfc@mfclaw.com

Jillian H. Barker, Esq.
Steven D. Nelson, Esq.
Senior Assistant City Solicitors
City of Providence
44 Westminster Street, Suite 220
Providence, RI 02903
jbarker@providenceri.gov
Snelson@providenceri.gov

*/s/ Jennifer E. Lisi*