**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Eduardo Santos, et al.
Plaintiff,
v. Case No.: 1:23−cv−00221−MRD−PAS

City of Providence, et al.
Defendant.

**NOTICE OF SETTLEMENT CONFERENCE**

The above matter has been referred to Chief Judge John J. McConnell, Jr. for a settlement conference. The conference will be held on October 13, 2026 at 10:30 AM in Judge McConnell's Chambers. The attorneys who will be lead counsel during the trial of the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case on any terms at the conference.

Counsel shall submit *ex parte* confidential settlement statements to the Court to the following email address: RID_JJMSettlement_Statement@rid.uscourts.gov.

It is so ordered.

September 16, 2026

By the Court:

/s/ John J. McConnell, Jr.
United States Chief Judge